UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MARS, INCORPORATED,

    Plaintiff and
    Counterclaim Defendant,

v.

COIN ACCEPTORS, INC.,

    Defendant and
    Counterclaim Plaintiff.

CIVIL ACTION NO. 90-49 (JCL)

**ORDER**

## **LIFLAND, District Judge**

For the reasons set forth in the Court's findings of fact and conclusions of law filed herewith, it is on this 17th day of April, 2007,

**ORDERED** that Mars, Inc. has not infringed United States Patent No. 4,254,857.

                                                   /s/ John C. Lifland, U.S.D.J.