UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____

MARS, INCORPORATED and
MARS ELECTRONICS
INTERNATIONAL, INC.,

    Plaintiffs and
    Counterclaim Defendants,

v.

COIN ACCEPTORS, INC.,

    Defendant and
    Counterclaim Plaintiff.
_____

CIVIL ACTION NO. 90-49 (JCL)

**ORDER RE: COINCO '839 PATENT**

**LIFLAND, District Judge**

    For the reasons set forth in the Court's Findings of Fact and Conclusions of Law filed herewith, it is on this 9th day of May, 2007,

    **ORDERED** that Mars, Inc. and Mars Electronics International, Inc. have not infringed U.S. Patent No. 4,034,839.

                                        /s/ John C. Lifland, U.S.D.J.