UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| MARS, INC., and MARS ELECTRONICS INTERNATIONAL, INC., <br><br> Plaintiffs and Counterclaim Defendants: <br> v. <br><br> COIN ACCEPTORS, INC. <br><br> Defendant, and Counterclaimant. | CIVIL ACTION NO.: 90-0049 (JCL) <br><br> **FINAL JUDGMENT** |

In accordance with the attached opinion, it is on this 22nd day of May, 2007

**ORDERED** that, Plaintiff Mars, Inc. is awarded final judgment in the amount of $26,805,150.00 for Defendant Coin Acceptors, Inc.'s infringement of United States Patent Nos. 3,870,137 and 4,538,719.  This amount consists of $14,376,062.00 in reasonable royalty infringement damages as granted in this Court's Order of May 9, 2007 (Docket Index # 379), and of $12,429,088.00 prejudgment interest, as explained in the attached opinion.

/s/ John C. Lifland, U.S.D.J.